IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAVONNE PITZER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3014 |
| | ) | |
| v. | ) | |
| | ) | AMENDED |
| COUNTY OF ANTELOPE, | ) | PROGRESSION ORDER |
| NEBRASKA, a political subdivision of | ) | |
| the State of Nebraska, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the telephone conference of today, the progression order is will be amended as follows.

IT IS ORDERED that:

a. A jury trial is set to commence on April 9, 2012. No more than three days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

b. The Pretrial Conference scheduled before the undersigned magistrate judge on March 29, 2012 at 9:00 a.m. will be conducted in Chambers. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on March 28, 2012.

c. The telephonic conference set for September 29, 2011 is canceled.

d. The discovery and deposition deadline is November 30, 2011. Motions to compel discovery must be filed at least 15 days prior to the discovery and deposition deadline.

e. The deadline for filing motions to dismiss, motions for summary judgment, motions to exclude expert testimony on *Daubert* and related grounds, is December 16, 2011

September 19, 2011.                               BY THE COURT:

                                                  s/ *Cheryl R. Zwart*
                                                  United States Magistrate Judge