IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAVONNE PITZER, | ) | 4:11CV3014 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COUNTY OF ANTELOPE, | ) | |
| NEBRASKA, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

    IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 49) is granted, as follows:

    Plaintiff shall have until January 16, 2012, to respond to Defendant's motion for summary judgment (filing 46).

December 20, 2011        BY THE COURT:

                                        *Richard G. Kopf*
                                      Senior United States District Judge