IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAVONNE PITZER,            )<br>                              )<br>       Plaintiff,             )<br>   v.                         )<br>                              )<br>COUNTY OF ANTELOPE,           )<br>NEBRASKA, *et al.*,           )<br>                              )<br>       Defendants             ) | 4:11CV3014<br><br>**ORDER** |

    IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 49) is granted, as follows:

    Plaintiff shall have until January 16, 2012, to respond to Defendant's motion for summary judgment (filing 46).

December 20, 2011                     BY THE COURT:

                                                  *Richard G. Kopf*
                                          Senior United States District Judge